| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW HAMPSHIRE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  SCHULTE INC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  83-0704507

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 85 South Main St #2<br>Newton, NH 03858 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Rockingham | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **SCHULTE INC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **SCHULTE INC**  
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor   **SCHULTE INC**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)

☐ $50,001 - $100,000　　　　　☐ $10,000,001 - $50 million　　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　　 ☐ $50,000,001 - $100 million　　　 ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　　 ☐ $100,000,001 - $500 million　　 ☐ More than $50 billion

Debtor  **SCHULTE INC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  8, 2024**
MM / DD / YYYY

X  **/s/ Christopher E. Schulte**                          **Christopher E. Schulte**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ William S. Gannon BNH 01222**                    Date  **April  8, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**William S. Gannon BNH 01222**
Printed name

**William S. Gannon PLLC**
Firm name

**740 Chestnut Street**
**Manchester, NH 03104**
Number, Street, City, State & ZIP Code

Contact phone  **603 621-0833**    Email address  **bgannon@gannonlawfirm.com**

**0892 NH**
Bar number and State

Fill in this information to identify the case:

Debtor name: **SCHULTE INC**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Bank**<br>**P.O. Box 13625**<br>**Philadelphia, PA 19101-3625** | | **2021 Ford F350** | | **$48,081.93** | **$40,000.00** | **$8,081.93** |
| **Caterpillar Financial Services Corp**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | | **Cat Loader(s)** | | **Unknown** | **Unknown** | **Unknown** |
| **Caterpillar Financial Services Corp**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | | **Cat Loader(s)** | | **Unknown** | **Unknown** | **Unknown** |
| **CIT Bank or Citizens First**<br>**100 Praire Center Drive**<br>**Eden Prairie, MN 55344** | | **4 F350 vans** | | **$70,000.00** | **$60,000.00** | **$10,000.00** |
| **CNH Industrial Capital America LLC**<br>**5729 Washington Avenue**<br>**Racine, WI 53406** | | **Case Loader** | | **Unknown** | **Unknown** | **Unknown** |
| **CNH Industrial Capital America LLC**<br>**5729 Washington Avenue**<br>**Racine, WI 53406** | | **Case Loader** | | **Unknown** | **Unknown** | **Unknown** |
| **CNH Industrial Capital America LLC**<br>**5729 Washington Avenue**<br>**Racine, WI 53406** | | **Case Loader** | | **Unknown** | **Unknown** | **Unknown** |

Debtor **SCHULTE INC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Comcast**  1701 JFK Boulevard  Philadelphia, PA 19103 | | **Utility** | | | | $200.00 |
| **Convenient MD**  360 US-1 101 Bypass, #102  Portsmouth, NH 03801 | | **Medical** | | | | $1,200.00 |
| **Henry F Mitchells Company**  255 West Church Rd  King of Prussia, PA 19406 | | | | | | $1,841.66 |
| **J Frank Schmidt & Sons Co.**  9500 SE 327th Ave  Boring, OR 97009 | | | | | | $49,711.84 |
| **Prides Corner Farms Inc.**  122 Waterman Rd  Lebanon, CT 06249 | | **Trade Debt** | | | | $35,717.28 |
| **Schwope Bros aka DCA Outdoors**  5609 N. Blue Valley Rd  Independence, MO 64058 | | **Trade Debt** | | | | $5,000.00 |
| **Star Roses & Plants**  8 Federal Rd Suite 6  West Grove, PA 19390 | | | | | | $3,776.90 |
| **T Mobile**  1625 132nd St  Bellevue, WA 98006 | | **Utility** | | | | $400.00 |
| **Taylors Nursery**  3705 New Bern Rd.  Raleigh, NC 27610 | | | | | | $28,639.92 |
| **The Blue Book Network**  34 Crosby Dr. Suite 202  Bedford, MA 01730 | | **Incurred by a party without the ability to bind Schulte Inc** | **Disputed** | | | $1,320.00 |
| **The Natural Landscape**  94 Main St.  Northborough, MA 01532 | | **Trade Debt** | | | | $16,427.19 |
| **Unitil**  P.O. Box 981077  Boston, MA 02298 | | **Utility** | | | | $500.00 |

Debtor **SCHULTE INC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wex Fleet Card**<br>**1 Hancock St.**<br>**Portland, ME 04101** | | **Fuel Fleet Card** | | | | $2,000.00 |

# United States Bankruptcy Court
## District of New Hampshire

In re **SCHULTE INC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SCHULTE INC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  8, 2024**

Date

**/s/ William S. Gannon BNH 01222**

**William S. Gannon BNH 01222**

Signature of Attorney or Litigant

Counsel for **SCHULTE INC**

**William S. Gannon PLLC**

**740 Chestnut Street**
**Manchester, NH 03104**
**603 621-0833**
**bgannon@gannonlawfirm.com**

Ally Bank
P.O. Box 13625
Philadelphia, PA 19101-3625

Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203

Chris Schulte

CIT Bank or Citizens First
100 Praire Center Drive
Eden Prairie, MN 55344

CNH Industrial Capital America LLC
5729 Washington Avenue
Racine, WI 53406

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

Convenient MD
360 US-1 101 Bypass, #102
Portsmouth, NH 03801

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344

First-Citizens Bank & Trust Company
10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256

Henry F Mitchells Company
255 West Church Rd
King of Prussia, PA 19406

J Frank Schmidt & Sons Co.
9500 SE 327th Ave
Boring, OR 97009

Oakmont Capital Holdings LLC
600 Willowbrook Ln, Suite 201
West Chester, PA 19382

PNC Bank, National Association
655 Business Center Drive, Suite 250
Horsham, PA 19044

Prides Corner Farms Inc.
122 Waterman Rd
Lebanon, CT 06249

```
Quaint Oak Bank
501 Knowles Avenue
Southampton, PA 18966

Schwope Bros aka DCA Outdoors
5609 N. Blue Valley Rd
Independence, MO 64058

Star Roses & Plants
8 Federal Rd Suite 6
West Grove, PA 19390

Stearns Bank N.A.
500 13th Street
Albany, MN 56307

T Mobile
1625 132nd St
Bellevue, WA 98006

Taylors Nursery
3705 New Bern Rd.
Raleigh, NC 27610

The Blue Book Network
34 Crosby Dr. Suite 202
Bedford, MA 01730

The Natural Landscape
94 Main St.
Northborough, MA 01532

Todd Fitzgerald
85 S. Main St.
Newton, NH 03858

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Unitil
P.O. Box 981077
Boston, MA 02298

VFS US LLC
P.O. Box 26131
Greensboro, NC 27402

Wells Fargo
P.O. Box 6600
Hagerstown, MD 21741

Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Des Moines, IA 50309
```

```
Wells Fargo Vendor Financial Svcs, LLC
P.O. Box 35701
Billings, MT 59107

Wex Fleet Card
1 Hancock St.
Portland, ME 04101
```